UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOMINIC BOUTELLE,

    As Parent of L.B.,                                    No. 17cv1232 GJF-SMV

    Plaintiff,

v.

BOARD OF EDUCATION OF LAS CRUCES

PUBLIC SCHOOLS,

    Defendant.

### ORDER

This matter coming before the Court on Plaintiff's unopposed Motion for Extension of Time in which to file a Motion to Compel and the Court being fully advised, finds that the Motion is well-taken and will be granted.

Wherefore, Plaintiff is granted extension of time until January 7, 2019 in which to file a Motion to compel, if any, concerning November 28, 2018 discovery responses by the Defendant.

_____

**STEPHAN M. VIDMAR**

**United States Magistrate Judge**

submitted:

*/s/ Gail Stewart*

_____

Gail Stewart, attorney for Plaintiff

approved:

*Email approval on 12-17-18*

_____

Evelyn Howard-Hand, attorney for Defendant