UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOMINIC BOUTELLE,
    as Parent of L.B.,

                                                                                No. 17cv1232 GJF-SMV

    Plaintiff,
v.

BOARD OF EDUCATION OF LAS CRUCES
PUBLIC SCHOOLS,

    Defendant.

PLAINTIFF's RESPONSE TO DEFENDANT's MOTION
to FILE SURREPLY

Defendant Board of Education of Las Cruces Public Schools (School District) filed its Motion for Leave to file Surreply to Plaintiff's Reply in Support of Plaintiff's Motion for Consideration of Additional Evidence on April 4, 2019 [Doc. 53]. This Response is timely if filed on or before Aril 18, 2019.

As response, Plaintiff Dominic Boutelle states he does not take a position on the School District's request. Local Rule 7.4(b) does not seem to establish standards other than Court permission. Criteria for adding a surreply to the record would appear to rest in the Court's discretion, if surreply would be helpful to the Court.

                                            Respectfully submitted,

                                            STEVEN GRANBERG, ATTY. AT LAW

                                            */s/ Gail Stewart*

                                            _____

                                            Gail Stewart
                                            3800 Osuna NE, Suite 1
                                            Albuquerque, NM 87109
                                            (505) 244-3779, x. 3

gstewart@66law.com
*Attorney for Plaintiff Dominic Boutelle*

I certify that on this 15th day of April 2019, I
I filed this Response electronically through the CM/ECF
system which caused counsel for Defendant to be served
electronically as more fully stated in the Notice of Electronic
Filing:

Evelyn Howard-Hand, Ehand@wabsa.com

*/s/ Gail Stewart*
_____
Gail Stewart